UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

JESSICA DROBISH, on behalf of herself and all similarly situated individuals,

Plaintiff,

v.

CITY OF CITRUS HEIGHTS,

Defendant.

Case No.: 2:16-cv-01460-WBS-CKD

Complaint Filed: June 27, 2016

**ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND RELATED DATES**

**PURSUANT TO STIPULATION BY THE PARTIES TO THIS CASE, IT IS HEREBY ORDERED THAT:**

1. The initial status conference is continued from October 24, 2016, to **December 19, 2016 at 1:30 p.m. in Courtroom 5.**

2. The Joint Status Report is due **December 12, 2016**.

3. The parties must meet and confer on a discovery plan as required by FRCP 26(f) on or before December 6, 2016.

Dated: September 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE