UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JESSICA DROBISH, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CITRUS HEIGHTS,<br><br>Defendant. | Case No.: 2:16-cv-01460-WBS-CKD<br><br>Complaint Filed: June 27, 2016<br><br>**JUDGMENT AND ORDER RE: APPROVAL OF SETTLEMENT AGREEMENT, JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation and Request for Approval of Settlement Agreement and Dismissal with Prejudice; Declaration of Lisa S. Charbonneau; Declaration of David E. Mastagni; Declaration of Ronda Rivera] |

Having reviewed the Joint Stipulation and Request for Approval of Settlement Agreement and Dismissal with Prejudice jointly submitted by Plaintiffs Jessica Drobish *et al.* and Defendant City of Citrus Heights ("Parties") , the evidence submitted in support therewith, and all other materials of record relevant to this matter, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Settlement Agreement submitted to the Court as Exhibit 1 to the Declaration of Lisa S. Charbonneau, is approved as a fair and just negotiated resolution of the bona fide dispute between the Parties in this case, and the Parties shall fully abide by and perform the Settlement Agreement in its entirety and accordance with its terms.

//

1

[Proposed] Order Granting Joint Stipulation and Request for Approval of Settlement Agreement and Dismissal
8095990.1 CI060-026

**IT IS FURTHER ORDERED AND DECREED THAT:**

A. The Court reserves jurisdiction over the above-captioned matter for purposes of enforcing the Settlement Agreement only;

B. The Court has made no findings or determination regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Request for Approval of Settlement and Dismissal with Prejudice shall constitute evidence of, or any admission of, any violation of law;

C. Judgment is entered in this action, and this action is dismissed WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: April 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE